**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7368**

JOSEPH MATTHEW SMITH,

　　　　　Plaintiff - Appellant,

　　　v.

WENDY SHARPE, Nurse; JAMES KAY, Doctor; W.F. MCFADDEN,
Doctor; R.L. NEVILLE, Doctor; JON OZMINT,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.　Terry L. Wooten, District Judge.
(1:09-cv-01482-TLW)

Submitted:　January 18, 2011　　　Decided:　January 27, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Matthew Smith, Appellant Pro Se.　Janet Brooks Holmes,
Daniel Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina; Bradford Cary Andrews, Samuel F.
Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA,
Florence, South Carolina, for Appellees

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Matthew Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Smith v. Sharpe</u>, No. 1:09-cv-01482-TLW (D.S.C. Sept. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>